# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**IN RE:**
Michael A. Eavey
Mireya C. Alday- Eavey,
    Debtors.
_____/

Case No. 8:09-bk-17935-MGW
Chapter 13

## MOTION TO MAKE DIRECT PAYMENTS TO SECURED CREDITOR
## WEST COAST FEDERAL EMPLOYEES CREDIT UNION (AUTO LOAN)

Comes Now Debtors, Michael A. Eavey and Mireya C. Alday- Eavey, by and through their undersigned attorney and files this, their Motion to Make Direct Payments to Secured Creditor West Coast Federal Employees Credit Union, and would show:

(1) That Debtors are current on their payments to secured creditor West Coast Federal Employees Credit Union.

(2) That at the time of filing this action, Debtors were current with their payments to West Coast Federal Employees Credit Union.

(3) That it is not necessary for the Plan's success for Debtors to pay secured creditor through the Plan.

(4) That Debtors have set up an automatic bank debit plan.

WHEREFORE, Debtors respectfully demand entry of an Order granting their Motion to Make Direct Payments to Secured Creditor West Coast Federal Employees Credit Union,

    /s/ L Murray Fitzhugh
    L Murray Fitzhugh, Esq.
    FBN 2322
    2167 Tamiami Trail S.
    Venice, FL 34293
    (941) 493-6577
    Fax: (941) 493-5377

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing Motion to Make Direct Payments to Secured Creditor has been sent electronically or by US Mail, postage pre-paid, to US Trustee, Timberlake Annex. 501 E. Polk St, Ste 1200, Tampa, FL 33602; Terry E. Smith, Chapter 13 Trustee, PO Box 6099, Sun City Center, FL 33571; and by Certified Mail #70060810000472332496, to West Coast Federal Employees Credit Union, Attn: Marie Teet, Officer, 3487 Clark Rd., Sarasota, FL 34276, this 19th day of August, 2009.

    /s/ L Murray Fitzhugh

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN RE:**
Michael A. Eavey
Mireya C. Alday- Eavey,
 Debtors.
_____/

Case No. 8:09-bk-17935-MGW
Chapter 13

## CERTIFICATION TO MAKE DIRECT PAYMENTS TO SECURED CREDITOR WEST COAST FEDERAL EMPLOYEES CREDIT UNION (AUTO LOAN)

Debtors, Michael A. Eavey and Mireya C. Alday- Eavey, state under penalty of perjury that:

1. They were, and are current on the following secured debt to be paid outside of plan:

   Purchase Money Security – West Coast Federal Employees Credit Union, 3487 Clark Rd., Sarasota, FL 34276; Account #902030; 2003 Dodge Ram, 143,665 miles; VIN 307KA28C53G783614 .

2. That Debtors have set up an automatic bank debit plan and payments are being made directly to creditor by automatic bank debit.

/s/ Michael A. Eavey
Michael A. Eavey, Debtor

Dated: August 19, 2009

/s/ Mireya C. Alday- Eavey
Mireya C. Alday- Eavey, Co-Debtor

Dated: August 19, 2009

# United States Bankruptcy Court
## Middle District of Florida

In re: **Michael A Eavey / Mireya C Alday-Eavey**
Debtor(s)

Case No. _____
Chapter __13__

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, __Michael A Eavey and Mireya C Alday-Eavey__, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Michael A Eavey_
Michael A Eavey
Signature of Debtor
or other claimant

_/s/ Mireya Eavey_
Mireya C Alday-Eavey
Signature of Joint Debtor

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Certification to Make Direct Payments to Secured Creditor | 8-19-09 |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy